STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. KENNETH G. ROLESON, DEFENDANT-PETITIONER.

*Mr. Kenneth G. Roleson, in propria persona.*

*Mr. Donald G. Collester* for the respondent.

October 13, 1953.   Granted.

GEORGE M. KAGAN, PLAINTIFF-RESPONDENT, v. MORRIS BERMAN, DEFENDANT-PETITIONER.

*Messrs. Margulies and Kaplowitz* and *Mr. Maurice C. Brigadier* for the petitioner.

*Mr. Chesler Weidenburner* and *Mr. Ira D. Dorian* for the respondent.

October 13, 1953.   Granted.